IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TONY ROBERTS,

    Plaintiff,                    No. 2:08-cv-2624 KJN P

    vs.

MATTHEW CATE, et al.,

    Defendants.               ORDER

_____/

        On December 22, 2010, defendants filed a request for an order to take deposition by remote means. On December 28, 2010, the court issued an order setting a schedule for briefing on the request. Twenty-one days have passed, and plaintiff has not filed an opposition or otherwise responded to the request. Good cause appearing, defendants' request to take the deposition of plaintiff by remote means via videoconference is granted. Fed. R. Civ. P. 30(b)(4).

        IT IS HEREBY ORDERED that defendants' December 22, 2010 request (dkt. no. 37) is granted. Defendants are permitted to take plaintiff's deposition remotely by videoconference.

DATED: January 25, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

robe2624.vid