IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TONY ROBERTS,

    Plaintiff,                No. 2:08-cv-2624 JAM KJN P

    vs.

MATTHEW CATE, et al.,         ORDER

    Defendants.

_____/

      Plaintiff is a state prisoner proceeding in forma pauperis and without counsel, with a civil rights complaint pursuant to 42 U.S.C. § 1983.  On March 18, 2011, plaintiff filed a motion seeking the court's intervention in obtaining mental health records from the California Department of Corrections and Rehabilitation ("CDCR") Department of Mental Health.  Plaintiff contends that despite his best efforts he has been unable to obtain the mental health records from plaintiff's inpatient care at the CDCR Department of Mental Health from July 22, 2008, through September 18, 2008.  Defendants have not filed an opposition or other response to plaintiff's motion.

      Good cause appearing, the court will direct the Clerk of Court to issue a subpoena duces tecum to plaintiff for completion and return to the court.  Plaintiff shall forthwith complete the subpoena duces tecum form, providing for production of the documents to plaintiff at his

1

1  present institution.  Upon receipt of the completed subpoena duces tecum form, the court will
2  direct the U.S. Marshal to serve the subpoena duces tecum on the CDCR Department of Mental
3  Health at the address provided by plaintiff on the subpoena form.  Plaintiff shall limit his request
4  for production of documents to the mental health records from his inpatient care from July 22,
5  2008, through September 18, 2008.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's March 18, 2011 motion (dkt. no. 43) is partially granted;

2. The Clerk of the Court shall issue one subpoena duces tecum form to plaintiff;

3. As soon as possible, but in no event later than fourteen days from the date of this order, plaintiff shall complete and return to the court the attached "Notice of Submission of Documents" form and the completed subpoena duces tecum form to obtain plaintiff's inpatient care records from July 22, 2008, through September 18, 2008.

DATED: April 21, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

robe2624.sdt

1
2
3
4
5
6
7
8                     IN THE UNITED STATES DISTRICT COURT
9                    FOR THE EASTERN DISTRICT OF CALIFORNIA
10   TONY ROBERTS,
11           Plaintiff,               No. 2:08-cv-2624 JAM KJN P
12       vs.
13   MATTHEW CATE, et al.,
14           Defendants.              <u>NOTICE OF SUBMISSION</u>
15   _____/    <u>OF DOCUMENTS</u>
16           Plaintiff hereby submits the following documents in compliance with the court's
17   order filed _____.
18           One       completed subpoena duces tecum form
19                     for plaintiff's in patient care from
20                     July 22, 2008 through September 18, 2008.
21   DATED:
22
23                                              _____
                                                Plaintiff
24
25
26