IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TONY ROBERTS, | | |
| | Plaintiff, | No. 2:08-cv-2624 JAM KJN P |
| vs. | | |
| MATTHEW CATE, et al., | | ORDER AND |
| | Defendants. | ORDER TO U.S. MARSHAL |
| _____/ | | |

      Plaintiff is a state prisoner proceeding without counsel and in forma pauperis. Plaintiff has submitted the completed subpoena duces tecum form pursuant to this court's April 12, 2011 order. The subpoena duces tecum provides for certain documents to be produced on May 31, 2011, at 9:00 a.m., to plaintiff at the California Men's Colony in San Luis Obispo, California. The documents requested have been limited as required by this court's April 12, 2011 order. Therefore, the U.S. Marshal is directed to serve the subpoena duces tecum on the Custodian of Records at the California Department of Mental Health/California Medical Facility, 1600 California Drive, Vacaville, California, <u>on or before May 19, 2011</u>. The Clerk of the Court is to serve copies of this order and the subpoena duces tecum on the litigation coordinator and the Warden of California Medical Facility.

////

1

IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to issue the subpoena duces tecum provided by plaintiff on May 2, 2011, and send the original subpoena duces tecum, along with a copy of the instant order, to the U.S. Marshal;

2. <u>No later than May 19, 2011</u>, the U.S. Marshal is directed to personally serve the subpoena duces tecum and a copy of this order upon the Custodian of Records at the California Department of Mental Health/California Medical Facility, 1600 California Drive, Vacaville, CA 95696-2000, pursuant to 28 U.S.C. § 566(c), and shall command all necessary assistance from the California Department of Corrections and Rehabilitation to execute this order;

3. Within ten days after personal service of the subpoena duces tecum is effected, the United States Marshal shall file the return of service for the nonparty with the court.

4. The Clerk of the Court is directed to serve a copy of this order and a copy of the issued subpoena duces tecum on the following:

> Kathleen Dickinson, Warden,
> California Medical Facility
> P.O. Box 2000
> Vacaville, CA  95696-2000
>
> Litigation Coordinator
> California Medical Facility
> P.O. Box 2000
> Vacaville, CA  95696-2000

DATED: May 10, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

robe2624.usm