IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TONY ROBERTS,

    Plaintiff,                   No. 2:08-cv-2624 KJN P

    vs.

MATTHEW CATE, et al.,

    Defendants.              ORDER

_____/

        Plaintiff is proceeding without counsel. On June 22, 2011, the parties were reminded that discovery closed on June 8, 2011, but that once the court issued a ruling on defendants' motion for protective order, plaintiff could renew his motion to extend the discovery deadline. On June 27, 2011, plaintiff filed a motion to compel discovery responses, which plaintiff signed on June 20, 2011, prior to the issuance of the June 22, 2011 order. Plaintiff's motion to compel is untimely and will be denied without prejudice to its renewal should the court subsequently grant an extension of the discovery deadline. IT IS HEREBY ORDERED that plaintiff's June 27, 2011 motion to compel (dkt. no. 57) is denied without prejudice.

DATED: June 29, 2011

                                            KENDALL J. NEWMAN
                                            UNITED STATES MAGISTRATE JUDGE

robe2624.mtc