1

2

3

4

5

6

7

8             IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10   TONY ROBERTS,

11            Plaintiff,                    No. 2:08-cv-2624 JAM KJN P

12        vs.

13   MATTHEW CATE, et al.,

14            Defendants.              ORDER

15   _____/

16        Plaintiff is a state prisoner proceeding without counsel.  On May 31, 2012,

17   defendants Cate and Knowles filed a motion for leave to file a motion for summary judgment,

18   along with their motion for summary judgment.

19             "The district court is given broad discretion in supervising the pretrial phase of

20   litigation."  Johnson v. Mammoth Recreations, Inc., 975 F.2d 604, 607 (9th Cir. 1992) (citation

21   and internal quotation marks omitted).  Rule 16(b) provides that "[a] schedule may be modified

22   only for good cause and with the judge's consent."  Fed. R. Civ. P. 16(b)(4).  "The schedule may

23   be modified 'if it cannot reasonably be met despite the diligence of the party seeking the

24   extension.'"  Zivkovic v. Southern California Edison Co., 302 F.3d 1080, 1087 (9th Cir. 2002)

25   (quoting Johnson., 975 F.2d at 607).

26   ////

1    Here, the pretrial motions deadline expired during the pendency of plaintiff's

2   motion to amend the complaint, and defendants' prior motion to extend the deadline was denied

3   without prejudice.  Thus, defendants have shown good cause to grant leave to file the motion for

4   summary judgment.  Accordingly, IT IS HEREBY ORDERED that:

5    1.  Defendants' May 31, 2012 motion for leave to file a motion for summary

6   judgment (dkt. no. 76) is granted;

7    2.  Defendants' motion for summary judgment is deemed timely filed; and

8    3.  Plaintiff shall file an opposition to defendants' motion for summary judgment

9   within twenty-one days from the date of this order; defendants' reply is due seven days thereafter.

10  DATED:  June 5, 2012

11

12

_____

13  KENDALL J. NEWMAN
    UNITED STATES MAGISTRATE JUDGE

14  robe2624.16b

15

16

17

18

19

20

21

22

23

24

25

26