IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TONY ROBERTS,

      Plaintiff,                    No. 2:08-cv-2624 JAM KJN P

   vs.

MATTHEW CATE, et al.,

      Defendants.          <u>ORDER</u>

         Plaintiff is a state prisoner proceeding without counsel. On May 1, 2012, the court issued a further scheduling order. However, on June 6, 2012, defendants were granted leave to file a motion for summary judgment, and on July 19, 2012, briefing on the motion was extended in accordance with <u>Woods v. Carey</u>, 2012 WL 2626912 (9th Cir. July 6, 2012). Accordingly, the revised briefing deadlines set in the May 1, 2012 further scheduling order are vacated, and will be reset upon resolution of the pending motion for summary judgment.

         IT IS HEREBY ORDERED that:

         1. The May 1, 2012 further scheduling order is vacated;

         2. Discovery and law and motion remain closed; and

////

////

1

3. The jury trial set for February 11, 2013, at 9:00 a.m., before the Honorable John A. Mendez is vacated.

DATED:  August 17, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

robe2624.vac